UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN WEESE,

    Plaintiff,

v.

KALAMAZOO COUNTY METRO TRANSIT,

    Defendant.
_____/

Case No. 1:17-cv-584

HON. JANET T. NEFF

# **ORDER**

This is a civil action filed by a *pro se* litigant. On July 19, 2017, the Magistrate Judge filed a Report and Recommendation, recommending that Plaintiff's complaint be dismissed for failure to state a claim upon which relief may be granted, and that an appeal of this matter would not be taken in good faith. The Report and Recommendation was duly served on Plaintiff. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for failure to state a claim.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

A Judgment will be entered consistent with this Order.

Dated: August 8, 2017                                   /s/ Janet T. Neff
                                                                            JANET T. NEFF
                                                                           United States District Judge