UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN WEESE,

    Plaintiff,   Case No. 1:17-cv-584

v.   HON. JANET T. NEFF

KALAMAZOO COUNTY METRO
TRANSIT,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the Complaint is DISMISSED for failure to state a claim.

Dated: August 8, 2017     /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge